**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 622 MAL 2018
           :
     Respondent  :
           : Petition for Allowance of Appeal from
           : the Order of the Superior Court
     v.     :
           :
           :
MARK T. STORMS,    :
           :
     Petitioner   :

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.